QUIN DENVIR, Bar #49374
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
John Sickler

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:05-cr-00329 AWI |
| *Plaintiff*, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; RESET MOTION |
| v. | ) ) | BRIEFING SCHEDULE; AND ORDER THEREON |
| JOHN SICKLER, | ) ) | Date:  January 17, 2006 |
| *Defendant*. | ) ) | Time:  9:00 a.m. Judge: Hon. Anthony W. Ishii |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, Counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, Counsel for Defendant John Sickler, that the date for the upcoming status conference may be continued until January 17, 2006.  It is further agreed that a new motion briefing schedule may be set with defense motions due by December 19, 2005, and any response due by January 9, 2006.

**The date presently set for the status conference is November 21, 2005.  The requested new date is January 17, 2006, at 9:00 a.m.**

The case agent has advised defense counsel that the forensic analysis of the computer seized in this matter is nearly complete and it is anticipated that the materials will be available for review beginning the week of November 28, 2005.  For this reason it is requested that the status conference be continued and a new motion briefing schedule be set to allow for the filing of motions subsequent to review of these

1  materials.

2  The parties agree that the delay resulting from the continuance shall be excluded as necessary for
3  effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of pretrial
4  motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

McGREGOR W. SCOTT
United States Attorney

DATED: November 17, 2005        By  /s/ David L. Gappa
                                    DAVID L. GAPPA
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

QUIN DENVIR
Federal Public Defender

DATED: November 17, 2005        By  /s/ Eric V. Kersten
                                    ERIC V. KERSTEN
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    John Sickler

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   November 18, 2005**          /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference;
Reset Motion Briefing Schedule                2