Michael K. Cernyar, Esq. (State Bar No. 225240)
LAW OFFICE OF MICHAEL K. CERNYAR

400 Oceangate, Eighth Floor
Long Beach, California 90802
Telephone: (562) 216-2940
Facsimile: (562) 216-2941

Attorney for Defendant, JOHN SICKLER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>JOHN SICKLER,<br><br>           Defendant. | Case No. CR 05-00329-AWI<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

Defendant JOHN SICKLER, hereby respectfully requests that the Court approve the substitution of Michael K. Cernyar, Esq., 400 Oceangate, Eighth Floor, Long Beach, California 90802, telephone 562-216-2940, as attorney of record in place and stead of Eric Vincent Kersten.

Dated:  December 7, 2005                              /s/
                                                                        JOHN SICKLER

I HAVE PROVIDED PROPER NOTICE AND CONSENT TO THE ABOVE SUBSTITUTION:

Dated:  December 15, 2005                            /s/
                                                                        Eric Vincent Kersten

1 | I AM DULY ADMITTED TO PRACTICE IN THIS DISTRICT:

3 | Dated:  December 6, 2005                                    /s/

                                                        Michael K. Cernyar

6 | IT IS SO ORDERED.

8 | **Dated:    December 23, 2005**              **/s/ Anthony W. Ishii**
9 | 0m8i78                                       UNITED STATES DISTRICT JUDGE

2