1  Michael K. Cernyar, Esq. (State Bar No. 225240)
   LAW OFFICE OF MICHAEL K. CERNYAR
2
3  400 Oceangate, Eighth Floor
   Long Beach, California 90802
   Telephone: (562) 216-2940
4  Facsimile: (562) 216-2941

5  Attorney for Defendant, JOHN SICKLER

6
7                    UNITED STATES DISTRICT COURT
8                    EASTERN DISTRICT OF CALIFORNIA
9

10   UNITED STATES OF AMERICA,          Case No. CR 05-00329-AWI

11                  Plaintiff,          STIPULATION TO CONTINUE
                                        STATUS CONFERENCE FROM MARCH
12        v.                            6, 2006 UNTIL MARCH 20, 2006

13   JOHN SICKLER,
                    Defendant.
14

15
16  TO THE HONORABLE ANTHONY W. ISHII, UNITED STATES DISTRICT JUDGE:

17  THE PARTIES BY AND THROUGH THEIR RESPECTIVE COUNSEL OF

18  RECORD, HEREBY STIPULATE AND REQUEST THE FOLLOWING:

19

20      1. A Status Conference is presently set in the above-

21  captioned case set for March 6, 2006, at 9:00 A.M.

22      2.  Counsel for Defendant SICKLER has been working

23  diligently, but needs time to further review discovery, to

24  investigate and research possible motions and defenses, along

25  with meeting with law enforcement to review digital evidence.
26
       3.  Accordingly, the parties respectfully request that the
27
28  Court exclude the time from the date of the scheduled Status

Conference, March 6, 2006 until the proposed new Status Conference hearing date, March 20, 2006. Plaintiff and Defendant urge the Court to find the requested time as excludable under Title 18, section 3161(h)(8)(B)(iv)(Local code T-4), et. seq., as necessary for further reasonable time to prepare and to further find that the ends of justice outweigh the best interests of the public and the Defendant in a speedy trial.

4.  Accordingly, the parties hereby respectfully request the Court to continue the Status Conference set for March 6, 2006 at 9:00 A.M. to March 20, 2006 at 9:00 A.M.

LAW OFFICE OF MICHAEL K. CERNYAR

DATED: March 2, 2006   By:   _____/s/_____
                              MICHAEL K. CERNYAR
                              Attorney for Defendant
                              JOHN SICKLER

DATED: March 2, 2006         _____/s/_____
                              DAVID L. GAPPA
                              Assistant United States Attorney
                              Attorney for Plaintiff
                              UNITED STATES OF AMERICA

**ORDER**

IT IS SO ORDERED.

**Dated:   March 3, 2006**          **/s/ Anthony W. Ishii**
0m8i78                              UNITED STATES DISTRICT JUDGE

2