IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. F-05-00329 AWI |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN SICKLER, ) | |
| ) | |
| Defendant. ) | |

The Court has received word that the parties have agreed upon the following filing schedule regarding the defendant's motions.

        Government Filing                      August 28, 2006

        Defendant's Reply (Optional)        September 5, 2006

**ORDER**

IT IS HEREBY ORDERED that this schedule be followed.

IT IS SO ORDERED.

**Dated:   August 25, 2006**            /s/ Anthony W. Ishii
0m8i78                            UNITED STATES DISTRICT JUDGE

1